[No. 40049-9-II.   Division Two.   September 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOCEPHUS OSBORN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03404-8, Thomas P. Larkin, J., entered November 6, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 40113-4-II.   Division Two.   September 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FRASER McDONOUGH ROTCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-1-00114-1, Craddock D. Verser, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.

[No. 40154-1-II.   Division Two.   September 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DREW LYNN BYRON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01253-2, Carol Murphy, J., entered December 23, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

[No. 40353-6-II.   Division Two.   September 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALAN DAVIDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03472-1, Kitty-Ann van Doorninck, J., entered February 11, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.